UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Terry Tyshun Moody**  Docket No. 2:21-CR-24-1BO

**Petition for Action on Supervised Release**

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgement and Commitment Order of Terry Tyshun Moody, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, 18 U.S.C §§ 922(g)(l) and 924(a)(2), was sentenced by the Honorable Catherine C. Eagles, U.S. District Judge, on June 16, 2021, to 36 months probation. On August 2, 2021, jurisdiction was transferred to the Eastern District of North Carolina and assigned to the Honorable Terrence W. Boyle, U.S. District Judge.

On April 17, 2023, a Revocation hearing was held, and the court found that Moody violated his term of probation. He was sentenced to the custody of the Bureau of Prisons for a term of 18 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months, under the mandatory and standard conditions of supervised release adopted by the Eastern District of North Carolina.

Terry Tyshun Moody was released from custody on February 28, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

After meeting with the defendant on March 8, 2024, and assessing his history of substance abuse while previously on probation, it is recommended that the defendant participate in our district's surprise urinalysis program and substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Terry Tyshun Moody
Docket No. 2:21-CR-24-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: March 11, 2024

### ORDER OF THE COURT

Considered and ordered this 13 day of March, 2024, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge